**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1838

JESSE LOWELL SATTERFIELD,

Plaintiff - Appellant,

versus

UNITED STATES DEPARTMENT OF LABOR; MINE SAFETY
AND HEALTH ADMINISTRATION,

Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg. Irene M. Keeley, Chief
District Judge. (1:03-cv-00165-IMK)

Submitted: January 12, 2007          Decided: January 30, 2007

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jesse Lowell Satterfield, Appellant Pro Se. Daniel W. Dickinson,
Jr., OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jesse Lowell Satterfield appeals the district court's orders granting the Appellees' motion for summary judgment and denying Satterfield's Fed. R. Civ. P. 59(e) motions in this employment discrimination case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Satterfield v. Chao, No. 1:03-cv-00165-IMK (N.D. W. Va. Apr. 25 and June 13, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED